Case 3:19-cv-00044   Document 25   Filed on 12/05/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 05, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RYAN LYNN, *et al.*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-44 |
| | § § | |
| CITY OF TEXAS CITY, *et al.*, | § § | |
| Defendants. | § | |

# **ORDER**

The plaintiffs filed suit on February 2, 2019. The plaintiff was cited for operating an ambulance without a permit in violation of Texas City Ordinance No. 14-11. Dkt. 1. This court previously ordered a stay to allow the criminal case against plaintiff Ryan Lynn to be resolved before the above civil action proceeds. *See* Minute Entry for Jan. 5, 2021.

On February 1st, 2022, the court ordered the parties to file a joint status report with updates, if any, to the status of this case and the related state criminal case. Dkt. 23.

On February 11th, the parties reported that the municipal criminal case against Lynn has not yet been completed and there is currently no trial date set. Dkt. 24. The parties also reported that given the lapse in time, the defendants plan to file a motion to lift the stay within the next week. *Id*.

To date, no motions have been filed.

The plaintiffs have fourteen days from the date of this order to either request an extension of the stay order or move to lift the stay. Failure to do anything will result in dismissal for want of prosecution.

Signed on Galveston Island this 5th day of December, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE