United States District Court
Southern District of Texas
**ENTERED**
January 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RYAN LYNN, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Civil Action No. 3:19-CV-44 |
| THE CITY OF TEXAS CITY, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

Before the court is plaintiffs' unopposed request to lift stay. Dkt. 26. That motion is granted and the stay is lifted.

Signed on Galveston Island this 3rd day of January, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE